**John M. RICKS, Appellant,**

v.

**T.C. PETERSON; Joe Jarvis, Appellees.**

No. 01–2572.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 29, 2001.

Decided Nov. 2, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Federal inmate John M. Ricks brought this action under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), against federal corrections officials, alleging inadequate conditions of confinement and mishandling of his privileged correspondence. Ricks now appeals the district court's dismissal without prejudice for failure to exhaust available administrative remedies, arguing he was not required to exhaust because his complaint sought only monetary relief. Having carefully reviewed the record and relevant administrative procedures, we conclude the dismissal was proper. *See Booth v. Churner,* 532 U.S. 731, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001) (federal administrative remedies procedures did authorize corrective action on the subject of Rick's complaint, and therefore 42 U.S.C. § 1997e(a) mandated exhaustion.) Rick's remaining arguments are either meritless or do not warrant consideration in light of our affirmance. We affirm the district court. *See* 8th Cir. R. 47B.

A true copy.